# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Brandt,<br><br>    Plaintiff,<br><br>v.<br><br>MP BHC LLC, et al.,<br><br>    Defendants. | NO. CV-18-08314-PCT-ESW<br><br>**MEMORANDUM OF DECISION AND ORDER** |

Before the Court is Magistrate Judge Eileen S. Willett's Report and Recommendation. (Doc. 16.) The Magistrate Judge filed the Report and Recommendation with this Court on July 16, 2019. (Id.) To date, no objections have been filed. The Magistrate Judge recommends that the Complaint (Doc. 1) be dismissed without prejudice because the Complaint fails to establish this Court's subject matter jurisdiction. (Doc. 16 at 1.) Plaintiff was previously given notice of the deficiencies in the Complaint. (Doc. 15.) He was given ample time to file an amended complaint but failed to do so. (Id.)

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to

object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of the Magistrate Judge. (Doc. 16.)

**IT IS FURTHER ORDERED** dismissing the Complaint (Doc. 1) without prejudice. The Clerk of Court shall terminate this case.

**Dated** this 6th day of August, 2019.

Honorable Stephen M. McNamee
Senior United States District Judge